IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| MARY MCCLEOD, : | |
| : | |
| **Plaintiff,** : | |
| : | CIVIL ACTION NO. |
| vs. : | 4:13-CV-00057 |
| : | |
| NATIONAL RAILROAD PASSENGER : | |
| CORPORATION d/b/a AMTRAK : | |
| NATIONAL PASSENGER CORP. : | |
| (AMTRAK), : | |
| : | |
| **Defendants.** : | |
| : | |

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

COMES NOW Defendant National Railroad Passenger Corporation ("Amtrak") and moves the Court for an Order granting summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure in favor of Defendant on all claims asserted by Plaintiff Mary McCleod in her Amended Complaint. As set forth in Defendant's Brief in Support of its Motion for Summary Judgment, there is no genuine dispute as to any material fact and Defendant is entitled to judgment as a matter of law.

This 28th day of March, 2014.

*/s/ Jay C. Traynham*
Jay C. Traynham
Ga. Bar Number: 716231
Attorney for Defendant

Hall, Bloch, Garland & Meyer, LLP
577 Mulberry Street, Suite 1500
Post Office Box 5088
Macon, GA 31208-5088
Telephone: (478) 745-1625
Email: jaytraynham@hbgm.com

**CERTIFICATE OF SERVICE**

I hereby certify that on March 28, 2014, I electronically filed the ***Defendant's Motion for Summary Judgment*** with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to the following attorney of record:

Noble L. Boykin, Jr.
Jones, Boykin & Associates, P.C.
213 East 38th Street
Savannah, Georgia 31401
*Attorney for Plaintiff*

                                                */s/ Jay C. Traynham*
                                                Jay C. Traynham
                                                Ga. Bar Number: 716231
                                                Attorney for Defendant

Hall, Bloch, Garland & Meyer, LLP
577 Mulberry Street, Suite 1500
Post Office Box 5088
Macon, GA 31208-5088
Telephone: (478) 745-1625
Email: jaytraynham@hbgm.com