IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| MARY MCCLEOD, | : | |
| | : | |
| Plaintiff, | : | |
| | : | CIVIL ACTION NO. |
| vs. | : | 4:13-CV-00057 |
| | : | |
| NATIONAL RAILROAD PASSENGER | : | |
| CORPORATION d/b/a AMTRAK | : | |
| NATIONAL PASSENGER CORP. | : | |
| (AMTRAK), | : | |
| | : | |
| Defendants. | : | |
| | : | |

**DEFENDANT'S MOTION TO EXCLUDE TESTIMONY OF
ROBERT J. MEIZINGER**

COMES NOW Defendant National Railroad Passenger Corporation ("Amtrak") and moves the Court for an Order excluding the testimony of Plaintiff's expert witness Robert J. Meizinger pursuant to Rule 702 of the Federal Rules of Evidence and the standards set forth in *Daubert v. Merrill Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993). In addition, Meizinger's testimony should be excluded under Rule 403 of the Federal Rules of Evidence as the prejudicial value of Meizinger's testimony substantially outweighs its probative value.

This 28th day of March, 2014.

/s/ Jay C. Traynham
Jay C. Traynham
Ga. Bar Number: 716231
Attorney for Defendant

Hall, Bloch, Garland & Meyer, LLP
577 Mulberry Street, Suite 1500
Post Office Box 5088
Macon, GA 31208-5088
Telephone: (478) 745-1625
Email: jaytraynham@hbgm.com

**CERTIFICATE OF SERVICE**

I hereby certify that on March 28, 2014, I electronically filed ***Defendant's Motion to Exclude Testimony of Robert J. Meizinger*** with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to the following attorney of record:

Noble L. Boykin, Jr.
Jones, Boykin & Associates, P.C.
213 East 38th Street
Savannah, Georgia 31401
*Attorney for Plaintiff*

*/s/ Jay C. Traynham*
Jay C. Traynham
Ga. Bar Number: 716231
Attorney for Defendant

Hall, Bloch, Garland & Meyer, LLP
577 Mulberry Street, Suite 1500
Post Office Box 5088
Macon, GA 31208-5088
Telephone: (478) 745-1625
Email: jaytraynham@hbgm.com