IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| MARY MCCLEOD, )<br>)<br>      Plaintiff, )<br>)<br>v. )<br>)<br>NATIONAL RAILROAD PASSENGER )<br>CORPORATION, D/B/A AMTRAK )<br>NATIONAL PASSENGER CORP. )<br>(AMTRAK), )<br>      Defendant. ) | CIVIL ACTION NO.:  CV413-057 |

## DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff MARY MCCLEOD and files this notice of dismissal of all claims against Defendant, with prejudice, said case having been settled. All parties are to bear their own costs.

Dated this 28th day of April, 2015.

                        **JONES, BOYKIN & ASSOCIATES, P.C.**

                        By: /s Noble L. Boykin, Jr.
                             NOBLE L. BOYKIN,  JR.
                             *Attorney for Plaintiff Mary McCleod*

213 E. 38th Street
Savannah, GA  31401
(912) 236-6161
jbsalaw@comcast.net

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| MARY MCCLEOD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. : CV413-057 |
| ) | |
| NATIONAL RAILROAD PASSENGER ) | |
| CORPORATION, D/B/A AMTRAK, ) | |
| ) | |
| Defendant. ) | |

### CERTIFICATE OF SERVICE

This is to certify that I have on this day served all the parties in this case in accordance with the directives from the Court Notice of Electronic Filing ("NEF") which was generated as a result of electronic filing of *Plaintiff's Dismissal with Prejudice.*

Dated this 28th day of April, 2015.

**JONES, BOYKIN & ASSOCIATES, P.C.**

By:  s/Noble L. Boykin, Jr.
    NOBLE L. BOYKIN, JR.
    Georgia State Bar No. 073400
    *Attorney for Plaintiff Mary McCleod*

213 E. 38th Street
Savannah, GA  31401
(912) 236-6161
jbsalaw@comcast.net