# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
## SAVANNAH DIVISION

| | |
|---|---|
| MARY MCCLEOD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.:  CV413-057 |
| ) | |
| NATIONAL RAILROAD PASSENGER) | |
| CORPORATION, D/B/A AMTRAK ) | |
| NATIONAL PASSENGER CORP. ) | |
| (AMTRAK), ) | |
| Defendant. ) | |

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

COME NOW Plaintiff and Defendant by and through their undersigned counsel and pursuant to the settlement between the parties and F.R.C.P. 41 hereby stipulate that the foregoing matter be dismissed with prejudice.

This 2nd day of October, 2015.

                                    s/Noble L. Boykin, Jr.
                                    NOBLE L. BOYKIN, JR., ESQ.
                                    Jones, Boykin & Associates, PC
                                    213 E. 38th St.
                                    Savannah, GA  31401
                                    912-236-6161 telephone
                                    jbsalaw@comcast.net
                                    ATTORNEY FOR PLAINTIFF

*(signatures continued on following page)*

        s/ Jay C. Traynham
        JAY C. TRAYNHAM, ESQ.
        Hall, Bloch, Garland & Meyer, LLP
        577 Mulberry Street, Suite 1500
        Macon, Georgia 31201
        478-745-1625 telephone
        JayTraynham@hbgm.com
        ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

I, Noble L. Boykin, Jr., hereby certify that on the 2nd day of October, 2015 I electronically filed the foregoing *Stipulation of Voluntary Dismissal with Prejudice* with the Clerk of Court using the CM/ECF system which will send notification of such to all counsel of record.

        Respectfully submitted,

        s/Noble L. Boykin, Jr.
        NOBLE L. BOYKIN, JR., ESQ.